1-3-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

FILED
JAN - 7 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Michael Allen Kenney 3555780

*(Enter above the full name of the plaintiff or plaintiffs in this action).*

*(Inmate Reg. # of each Plaintiff)*

**VERSUS**

CIVIL ACTION NO. 2:19-cv-21
*(Number to be assigned by Court)*

L.T. M.A. Burdette
Saint Albans Police Department
51 Sixth Ave Saint Albans
WV. 25177

*(Enter above the full name of the defendant or defendants in this action)*

## COMPLAINT

I.  **Previous Lawsuits**

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes _____   No ___X___

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

    Plaintiffs: _____

    _____

    _____

    Defendants: _____

    _____

    _____

2. Court (if federal court, name the district; if state court, name the county);

    _____

3. Docket Number: _____

4. Name of judge to whom case was assigned:

    _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. **Place of Present Confinement:** South central Regonal Jail

A. Is there a prisoner grievance procedure in this institution?

Yes _X_    No ___

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes ___    No _X_

C. If you answer is YES:

1. What steps did you take? _____

2. What was the result? _____

D. If your answer is NO, explain why not: This is a civil suit against police officer Saint Albans town.

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff: Michael Allen Kenney

Address: 1001 Centre Way Charleston WV. 25309

B. Additional Plaintiff(s) and Address(es): _____

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: __L.T. M-A. Burdette__

   is employed as: __police officer Saint Albans W.V__

   at __51 Sixth Ave St Albans W.V. 25177__

D. Additional defendants: __any officer that was involved__

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

__Attached papers 1-7 are enterd in claim see Added complaint sheets 1-7 for statements__

4

IV. **Statement of Claim (continued):**

V. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Im Requesting compensatory dameges in the amount of 80.000 ⁰⁰ eighty thousand Dollers aginst Defendant

Im Requesting punitive dameges in the amount of 60.000 ⁰⁰ sixty thousand Dollers aginst Defendant for Defendant to pay plaintiffs cost of suit and medical Bills and Lawyer Bills and any additional Relief this Honorabele court deems Just and proper and equitable

V.  **Relief (continued)):**

_____
_____
_____
_____
_____
_____


VII. **Counsel**

    A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

    B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes  X       No _____

If so, state the name(s) and address(es) of each lawyer contacted:

Paul Strobel Law   Travis Ellison Law
Charles Hamilton Law   Many others

If not, state your reasons: _____

_____

    C.    Have you previously had a lawyer representing you in a civil action in this court?

Yes _____       No  X

1-3-19

If so, state the lawyer's name and address:

_____

_____

Signed this ____6____ day of ____28____, 20__18__.

_____

_____

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____6-28-18____.
           (Date)

_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

OFFICIAL SEAL
NOTARY PUBLIC, STATE OF WEST VIRGINIA
SYDNEE E. KUHN
SOUTH CENTRAL REGIONAL JAIL
1001 CENTRE WAY
CHARLESTON, WV 25309
MY COMMISSION EXPIRES DECEMBER 13, 2021

Sydnee E. Kuhn
6-28-18

7

1-3-19

UNITE STATES DISTRICT COURT

Plaintiff
Michael Allen Kenney #3557807

FILED
JAN - 7 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

v.s

Complaint
Civil Action No
2:19-cv-21

Defendant
L.T. M.A. Burdette
Saint Albans Police Department
51 Sixth Ave Saint Albans
WV 25177
in INdividually and in their
official capacities

## I JURISDICTION

1. This is a civil action authorized by 42 U.S.C. section 1983 to redress the deprivation, under color of state law, of rights secured by the constitution of the U.S.C Section 1331 and 1343 (a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C Section 2201 and 2202. Plaintiff claims for injunctive relief are authorized by 28 USC Section 2283 and 2284 and Rule 65 of the Federal Rules of Civil procedure.

2. The Southern district is an appropriate venue under 28 U.S.C Section 1391 (b)(2) because it is where the events giving rise to this claim occurred.

P.2

## II Plaintiff.

3. Plaintiff Michael Allen Kenney #3557807 is and was at all times mentioned herein as a prisoner of the State of West Virginia in the custody of the State at South Cenrel Reganal Jail at 1001 Centre Way Charleston W.V. 25309

4. Defendant. L.T. M.A. Burdette is a officer of the Saint Albans Police Department at 51 Sixth Ave Saint Albans W.V. 25177 who at all times mentioned in this complaint held the rank of L.T officer and was assigned to the Saint Albans Police Department in Kanawha County West Virginia.

5. The Defendant is sued individually and in His individule Capacity at all times mentioned in this complaint the Defendant acted under the color of State Law. with personal involvement and indifference and violated my rights of the Constitiution and Amendments of the United States.

## Facts

6. Upon information and Beliefs

P.3.

Melinda Cottrell Address 860 Sutherland Dr. Saint Albans W.V. 25177 was presant on Jan 11 2017 and can testify to the incadent of L.T. M.A. Burdette of the Saint Albans police Department's Behaver and assault and deliberate indifferece to my Medical Needs and the violation of my rights

7. Please Refure to and enter Exhibit. A.

8. On or around Jan 11 2017 upon information and belief.
Police officer L.T. M.A. Burdette of the Saint Albans police at 51 Sixth Ave Saint Albans W.V. 25177.
Did assault me and Neglected me and was Neglegent to my Medical needs

9. I was in a car wreck on Dry Ridge in Saint Albans W.V. that left me suverly injured

10. On Jan 11 2017 I was orderd By police officer LT. M.A. Burdette. to exit the vehical and Lay on the Ground and I complied. He directed me to not moved and remain on the Ground I did as Directed. He came Down the Hill at a fast run with a clenched closed fist and struck me in my face. as my Head was furmely planted on the ground. the pain was inscucheating and unprevocked For I was compling to His Comands

p 11

11. I was Than Hand cuffed placed under Arrest and pushed pulled and shuved up a Hill. Being Verbaly Assaulted and threated to Be Assaulted More. I was than thrown into a police car For 30 Minuts till the EMS Ambulence came to attend to my Head injury and face and Neck Back Knee. I was taken From the police car and Assisted down The Hill to the EMS Where Thay Looked at me. washed my Head that Had a Lasaration and Bleeding Thay wraped my Head. and as I complaind about. Dizzness and a Head Ack. Back Pain among others pains I was told you fine and Taken Back up the Hill to the police car placed in it with Melinda Cottrell we set there a Nother 20 Minuts Before we was taken to The police Department. for prossesing I complaind to officers that I Needed Help on many occations But, I was Told to Be quite. At the police Department I was placed in a cell for 20 min and was in Very Bad Pain. I Blacked out, and when I came to officers was telling me to Get up, Where I Started to complain and request Help again my Face and Head was on Fire my Back Hurt and I was Dizzie the officer chained me to the wall and Left 15 Min Latter EMS Showed up to tranceport me to the Hospitol CAMC General

P5

apon arrivel and after scan's test and Dionosses Havess Latter it was Deturmend my enjerys were more suver Than finst stated By EMS see Exhibits A.

This is all apon information and Beliefs

## IV LEGAL COMPLAINT

12 Do to inadequite Law Library Here at South centrel Reganal Jail 1001 centre Way charleston WV 25309, Im unable to do any Legal Resurch at all thay do not Have a Library at this point and Time to assist me in my fighting this case Im Requesting Legal Assestence at this Point,

## V Legal claims

13. Plaintiff reallege and incorporated by reference paragraphs 1-12

14. THE Defendant violated plaintiffs Rights Constitutional Amendments, to the united States Constitution for Crule and unusual Punishment, eighth and forteenth Rights

15. The plaintiff Has no plain adequate or complete remedy at Law to redress the wrong's described herein, plaintiff has Been and will continue to be irreparably injured by the conduct of the defendant

P6

Unless the Honorable court grants declaratory

## VI Relief

16. WHEREFORE, plaintiff prays that this Honorable court enter a judgment granting plaintiffs relief.

17. A declaration that the acts and omissions described Herein violated plaintiffs rights under the Constitution of Law of the United States

18 requesting compensatory damages in the amount of $80,000.00 against the defendant

19. Punitive damages in the amount of 60,000.00 against the Defendant,

20. A jury trial on all issues triable by jury

21. Plaintiffs cost of this suit and Medical Bills and Lawyer Bills
22. Any additional relief this Honorable Court deems just proper and equitable

Date 1-3-2019

☐ Return
☐ Defendant
☐ File
☐ Plaintiff

1-3-19

# VERIFICATION

I Have read the foregoing complaint and Hereby verify that the matter alleged Herein are true except as to matters alleged on information and Belief and as to those I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at the united states District Court Southern District of Kanawha County West Virginia to the clerk of courts Charleston District

Date _____



RE Address
Michael Allen Kenney #3557807
South central Jail
1001 centre way
Charleston W.V.
25309

Date - 6-28-2018

Respectfully
Submitted
Michael Kenney

As plaintiff in the above action I wish to Have a jury trial.