# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

MICHAEL ALLEN KENNEY,

        Plaintiff,

v.	CIVIL ACTION NO.  2:19-cv-00021

LT. M. A. BURDETTE,

        Defendant.

### ORDER

This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On October 10, 2021, Magistrate Judge Tinsley submitted his Proposed Findings & Recommendations [ECF No. 21] ("PF&R") and recommended that the court **DENY** Plaintiff's Motion for Default Judgment [ECF No. 18].

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. Plaintiff's Motion for Default Judgment [ECF No. 12] is **DENIED**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: February 11, 2022

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE